IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| HITACHI KOKI CO., LTD.,<br><br>Plaintiff,<br><br>v.<br><br>TECHTRONIC INDUSTRIES CO. LTD., TECHTRONIC INDUSTRIES NORTH AMERICA, INC., ONE WORLD TECHNOLOGIES, INC., OWT INDUSTRIES, INC., MILWAUKEE ELECTRIC TOOL CORPORATION, and RYOBI TECHNOLOGIES, INC.,<br><br>Defendants. | Civil Action No. 1:09-cv-3308-RWS |

PLAINTIFF'S ANSWER TO DEFENDANTS' COUNTERCLAIMS

Plaintiff, Hitachi Koki Co., Ltd. ("HKK"), by and through its undersigned attorneys, answers the Counterclaims of Defendants, Techtronic Industries Co. Ltd., Techtronic Industries North America, Inc., One World Technologies, Inc., OWT Industries, Inc., Milwaukee Electric Tool Corporation, and Ryobi Technologies, Inc. (collectively "Defendants") as follows:

THE PARTIES

1. Admitted.

2. Admitted.

3. Admitted.

4. Admitted.

5. Plaintiff is without knowledge or information sufficient to form a belief as to the truth of the allegation in this paragraph and therefore denies the allegation.

6. Admitted.

JURISDICTION AND VENUE

7. Plaintiff admits that Defendants purport to state a claim under the patent laws and Declaratory Judgment Act and that, as a result of Plaintiff's complaint, an actual and justiciable controversy exists between Plaintiff and Defendants, but denies the remaining allegations in this paragraph.

8. Admitted.

9. Admitted.

10. Admitted.

COUNTERCLAIM NO. 1:
NON-INFRINGEMENT OF U.S. PATENT NO. 7,207,251

11. Plaintiff incorporates by reference its responses to paragraphs 1-10 as if fully set forth herein.

12. Denied.

COUNTERCLAIM NO. 2:
NON-INFRINGEMENT OF U.S. PATENT NO. 7,521,892

13. Plaintiff incorporates by reference its responses to paragraphs 1-12 as if fully set forth herein.

14. Denied.

COUNTERCLAIM NO. 3:
INVALIDITY OF U.S. PATENT NO. 7,207,251

15. Plaintiff incorporates by reference its responses to paragraphs 1-14 as if fully set forth herein.

16. Denied.

COUNTERCLAIM NO. 4:
INVALIDITY OF U.S. PATENT NO. 7,521, 892,

17. Plaintiff incorporates by reference its responses to paragraphs 1-16 as if fully set forth herein.

18. Denied.

REQUEST FOR RELIEF

Plaintiff respectfully requests that this Court deny each of Defendants' counterclaims with prejudice, deny all of Defendants requests for relief, and award such other and further relief as the Court might deem just and proper.

## JURY DEMAND

Plaintiff requests a trial by jury on all issues in Defendants' Counterclaims that are properly triable to a jury.

Respectfully submitted, this 15th day of March, 2010.

PARKER HUDSON RAINER & DOBBS, LLP

/s/ Ronald T. Coleman, Jr.
Ronald T. Colman, Jr.
Georgia Bar No. 177655
rcoleman@phrd.com
Trishanda L. Treadwell
Georgia Bar No. 356896
ttreadwell@phrd.com
Parker Hudson Rainer & Dobbs
1500 Marquis Two Tower
285 Peachtree Center Ave. NE
Atlanta, GA 30303
Phone: 404.420.1144
Facsimile: 404.522.8409

Of Counsel

Paul Devinsky
Christina A. Ondrick
McDermott Will & Emery LLP
600 Thirteenth Street, NW
Washington, DC 20005
pdevinsky@mwe.com
Phone: 202.756.8369
Facsimile: 202.756.8087

# CERTIFICATE OF SERVICE

This is to certify that on March 15, 2010, I electronically filed the foregoing **PLAINTIFF'S ANSWER TO DEFENDANTS' COUNTERCLAIMS** with the Clerk of Court using the CM/ECF system which will automatically send e-mail notification of such filing to the following attorneys of record:

Edward B. Krugman
Tiana S. Mykkeltvedt
Bondurant Mixson & Elmore LLP
1201 W. Peachtree Street NW, Suite 3900
Atlanta, GA 30309

Jonathan E. Retsky
Jason C. White
Michelle Marek
HOWREY LLP
321 N. Clark Street, Suite 3400
Chicago, IL 60654

Scott W. Hansen
Paul Stockhausen
Reinhart Boerner Van Deuren, S.C.
1000 N. Water Street, Suite 1700
Milwaukee, WI 53202

Attorneys for Defendants Techtronic Industries Co. Ltd., Techtronic Industries North America, Inc., One World Technologies, Inc., OWT Industries Inc., Milwaukee Electric Tool Corporation, and Ryobi Technologies, Inc.

/s/ Ronald T. Coleman, Jr.
Ronald T. Coleman, Jr.